Scott A. Sell; OSB#: 144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Phone: 503-228-5222
Fax: 503-273-9175
E-mail: ssell@tcnf.legal
Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CARL VANDERNZANDEN, | Case No.: 3:24-cv-01063-HL |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR ATTORNEY FEES |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | UNDER 28 U.S.C. § 2412 |
| Defendant. | |

Based on the Plaintiff's motion, it is hereby ORDERED that attorney fees in the amount of $4,344.24 will be awarded to Plaintiff in care of his attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under Astrue v. Ratliff, 560 U.S. 586 (2010), and mailed to his attorney, Scott A. Sell, at Mr. Sell's address: 820 SW 2nd Ave., Suite 200, Portland, OR 97204.  There are no costs or expenses.

Dated this __25th__ day of June, 2025.

                                                            United States District Judge

Presented by:
<u>Scott A. Sell</u>
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff