Scott A. Sell; OSB# 144297
ssell@tcnf.legal
THOMAS, COON, NEWTON & FROST LLP
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Ph. 503-228-5222 Fax 503-273-9175
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CARL J. VANDERZANDEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | Case No.: 3:24-cv-01063-HL<br><br>ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY FEES UNDER 42 U.S.C § 406(B) |

　　　　It is hereby ORDERED that attorneys' fees in the amount of $20,837.14 from Plaintiff's past-due benefits are awarded to Plaintiff's attorney pursuant to 42 U.S.C.§ 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. Plaintiff has been awarded attorney fees in the amount of $4,344.24 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

　　　　When issuing the section 406(b) check for payment to Plaintiff's attorney, the agency is directed to subtract the amount paid under the EAJA and send Plaintiff's attorneys the balance, minus any applicable processing fees as allowed by statute.

　　　　Dated February 4, 2026.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Presented by:
Scott A. Sell
Thomas, Coon, Newton & Frost
Attorney for Plaintiff